## WHEELWRIGHT & COMPANY *v.* MURRAY.

*Lumpkin, J.*—1. The controlling question in this case was this day decided in the case of *Wheelwright & Co.* v. *Dyal & Upchurch.*

2. The bill of particulars attached to the plaintiff's declaration, though defective, was cured by amendment, and the amendment set forth no new cause of action.

3. The evidence was conflicting, but warranted the verdict.

July 13, 1896.   By two Justices.          *Judgment affirmed.*

Complaint on account. Before Judge Sweat. Ware superior court. April term, 1895.

*Crovatt & Whitfield* and *W. M. Toomer*, for plaintiffs in error. *Hitch & Myers*, contra.